JUDGE BATTS

08 CV 4462

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID H. BROOKS,

                *Plaintiff*,

  – against –

COHEN, JAYSON & FOSTER, P.A.,

                *Defendant*.
-----------------------------------------------------------X

Case No.:

**RULE 7.1 STATEMENT**

RECEIVED MAY 13 2008 U.S.D.C. S.D.N.Y. CASHIERS

      Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**NONE**

Dated: New York, New York
       May 13, 2008

                      Yours etc.,

                      JUDD BURSTEIN, P.C.

              By:  Judd Burstein, Esq. (JB-9585)
                     1790 Broadway, Suite 1501
                     New York, New York 10019
                     Tel:   (212) 974-2400
                     Fax:  (212) 974-2944